UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKELL WILLIAMS, | ) | |
| Petitioner, | ) | 3:12-cv-00625-LRH-VPC |
| vs. | ) | **ORDER** |
| ISIDRO BACA, *et al.*, | ) | |
| Respondents. | ) | |

On January 28, 2013, the court dismissed this petition for a writ of habeas corpus without prejudice for lack of exhaustion because petitioner's fast-track appeal was pending before the Nevada Supreme Court (ECF #3).

Petitioner has now filed an application to proceed *in forma pauperis* in this closed case (ECF #5). The court notes that the application is incomplete; the financial certificate has not been completed and signed by an authorized officer, and the inmate account statements are missing.

Petitioner has also filed a motion for relief from order (ECF #6). While petitioner's motion is disrespectful of the court, it also appears to attempt to rebut caselaw and arguments that were not discussed or referenced in any way in this court's order. The court can discern no basis whatsoever to grant any reconsideration from its order dismissing this petition.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF #5) and his motion for relief from order (ECF #6) are both **DENIED**.

///

///

1 **IT IS FURTHER ORDERED** that petitioner shall file no more documents in this closed case, and the Clerk of the Court shall not docket any documents received in the future.

DATED this 14th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE